Case 4:22-cr-06035-MKD    ECF No. 3    filed 07/19/22    PageID.5    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2022
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** AGUSTIN LOPEZ-VAAL    **CASE NO.** 4:22-CR-6035-MKD-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | Conspiracy to Distribute 500 Grams or More of Methamphetamine | CAG not less than 10 years and no more than life imprisonment; and/or a $10,000,000 fine; not less than 5 years supervised release up to a life term; a $100 special penalty assessment; and denial of certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|   | 21 U.S.C. § 853 | Notice of Forfeiture Allegations |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |